

# John R. Ashcroft
## Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

 Online Help

## Limited Liability Company Details as of 10/24/2019

* Required Field

- Business Entity Fees & Forms
- Business Entity FAQ
- Business Entity Home Page
- Business Entity Online Filing
- Business Outreach Office
- Business Entity Contact Us
- UCC Online Filing
- Secretary of State Home Page

File Documents - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.
File Registration Reports - click FILE REGISTRATION REPORT.
Copies or Certificates - click FILE COPIES/CERTIFICATES.

RETURN TO
**SEARCH RESULTS**

ORDER COPIES/
**CERTIFICATES**

Select filing from the list.
Filing Type: Amendment to Articles of Organization

FILE
**ONLINE**

General Information | Filings | Address | Contact(s)

Name(s) Maxus Properties, LLC
Type Limited Liability Company
Domesticity Domestic
Registered Agent Thomson, Robert B.
104 Armour Road
N Kansas City, MO 64116
Duration Perpetual
Managed by Manager

Address 104 ARMOUR ROAD
NORTH KANSAS CITY, MO 64116
Charter No. LC001617396
Status Active

Date Formed 4/15/1993

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.



EXHIBIT C



# John R. Ashcroft
Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**



## Limited Liability Company Details as of 10/24/2019

* Required Field

- Business Entity Fees & Forms
- Business Entity FAQ
- Business Entity Home Page
- Business Entity Online Filing
- Business Outreach Office
- Business Entity Contact Us
- UCC Online Filing
- Secretary of State Home Page

File Documents - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.
File Registration Reports - click FILE REGISTRATION REPORT.
Copies or Certificates - click FILE COPIES/CERTIFICATES.

RETURN TO
SEARCH RESULTS

ORDER COPIES/
CERTIFICATES

Select filing from the list.
Filing Type: Amendment to Articles of Organization

FILE ONLINE

General Information | Filings | Address | Contact(s)

### Address

☐ Show Previous Address

| Type | Address | Since | To |
|---|---|---|---|
| Principal Office | 104 ARMOUR ROAD<br>NORTH KANSAS CITY, MO 64116 | 10/23/2018 | |
| Reg. Office | 104 Armour Road<br>N Kansas City, MO 64116 | 10/23/2018 | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.