

# GEORGIA CORPORATIONS DIVISION

**GEORGIA SECRETARY OF STATE**
**BRAD RAFFENSPERGER**

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **Waterford Exchange Acquisition, LLC** |
| Business Type: | **Foreign Limited Liability Company** |
| NAICS Code: | **Real Estate and Rental and Leasing** |
| Principal Office Address: | **104 Armour Road, North Kansas City, MO, 64116, USA** |
| Jurisdiction: | **Delaware** |
| Principal Record Address: | **60 E. Rio Salado Parkway, Ste. 1103, Tempe, AZ, 85281, USA** |
| Control Number: | **17070340** |
| Business Status: | **Active/Compliance** |
| NAICS Sub Code: | **Lessors of Other Real Estate Property** |
| Date of Formation / Registration Date: | **6/23/2017** |
| Last Annual Registration Year: | **2019** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T CORPORATION SYSTEM** |
| Physical Address: | **289 S CULVER ST, LAWRENCEVILLE, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

Back     Filing History     Name History
Return to Business Search


EXHIBIT D

Office of the Georgia Secretary of State Attn: ... Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-... BSITE: https://sos.ga.gov/
© 2015 PCC Technology Group ersion 5.9.5     Report a Problem?

https://ecorp.sos.ga.gov/BusinessSearch/BusinessInformation?... pe=Foreign Limited Liability Company&fromSearch=... 1/1